# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00626-CV

**A. S. and P. S., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-20-000252, THE HONORABLE CLEVE WESTON DOTY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant A. S. and P. S. filed their notices of appeal on October 3, 2022 and October 5, 2022 respectively. The appellate record was complete on October 13, 2022, making appellants' briefs due on November 3, 2022. On October 25, 2022 and October 27, 2022, counsel for appellants filed motions for extension of time to file appellants' briefs.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motions and order Karen J. Langsley and Colin Gaffney to file appellants' briefs no later than November 17, 2022. If the briefs are not filed by

that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on November 2, 2022.

Before Chief Justice Byrne, Justices Triana and Smith